## BOARD OF COMMISSIONERS OF BOONE COUNTY v. PARTNER.

[No. 13,738. Filed August 29, 1929.]

*Roy W. Adney* and *E. R. Stewart*, for appellant.
*Parr & Parr*, for appellee.

PER CURIAM.—Affirmed, on authority of *Board, etc.*, v. *Shertzer* (1920), 73 Ind. App. 589, 127 N. E. 843.

## BAILEY v. CURTIS.

[No. 13,721. Filed August 30, 1929.]

*Slaymaker, Merrell, Ward & Locke*, for appellant.
*Wiles, Springer. & Roots*, for appellee.

PER CURIAM.—Affirmed.